**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0013-WJM-CBS

BROADCAST MUSIC, INC.,
DEL SOUND MUSIC,
MJ PUBLISHING TRUST d/b/a MIJAC MUSIC
BOCEPHUS MUSIC, INC.,
SHIRLEY EIKHARD USA MUSIC,
EMI BLACKWOOD MUSIC, INC.,
COTA MUSIC, INC.,
POWER METAL MUSIC, INC.,
TREMONTI STAPP MUSIC,
CHRYSALIS ONE AMERICA LLC d/b/a CHRYSALIS ONE SONGS,
FORTHEFALLEN PUBLISHING,
JEFF DIGGS MUSIC,
UNIVERSAL MUSIC MGB NA LLC,
TOKECO TUNES
SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING,
BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG MUSIC,
FLORIDA CRACKER MUSIC and SONY/ATV SONGS LLC, and
SUGARSTAR PUBLISHING

      Plaintiffs,

v.

THREE BROTHERS DISTRIBUTING, INC., d/b/a 7WEST PIZZERIA & PUB,
EDWARD R. BEHLMANN, individually a/k/a ED BEHLMANN,

      Defendants.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**

---

This matter comes before the Court on the Parties' Joint Motion to Administratively Close the Case Under D.C.COLO.LCiv.R 41.2, filed April 6, 2012 (ECF No. 19). The Court having considered the Motion and the applicable Record, and being otherwise fully advised, ORDERS as follows:

The Parties' Joint Motion is GRANTED. Pursuant to D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED. Nothing in this Order shall be construed as an adjudication of any claim or defense on the merits. For good cause shown and at an appropriate time, the parties may seek to reopen this case.

Dated this 10th day of April, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge